UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DJAMIL DJAMSHIR,

                Petitioner,

  v.

LORETTA LYNCH, et al.,

                Respondents.

Case No. C15-1667-MJP-BAT

**REPORT AND RECOMMENDATON**

Djamil Djamshir, through counsel, initiated the instant habeas action pursuant to 24 U.S.C. § 2241, to obtain release from immigration detention at the Northwest Detention Center. *See* Dkt. 7. He has since been released on supervised release. Dkt. 11-2. The parties agree this action is now moot. Dkts. 11 & 12. Accordingly, the Court recommends that respondents' motion to dismiss, Dkt. 11, be **GRANTED**; petitioner's habeas petition, Dkt. 7, be **DENIED**; and this action be **DISMISSED** without prejudice. A proposed Order accompanies this Report and Recommendation.

DATED this 1st day of December, 2015.

                                                BRIAN A. TSUCHIDA
                                                United States Magistrate Judge

REPORT AND RECOMMENDATON- 1