UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DJAMIL DJAMSHIR, <br><br> Petitioner, <br><br> v. <br><br> LORETTA LYNCH, et al., <br><br> Respondents. | Case No. C15-1667-MJP <br><br> **ORDER OF DISMISSAL** |

The Court, after careful consideration of the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the balance of the record, does hereby find and Order:

1. The Court adopts the Report and Recommendation.

2. Respondents' motion to dismiss, Dkt. 11, is **GRANTED**.

3. Petitioner's habeas petition is **DENIED** and this action is **DISMISSED** without prejudice as moot.

4. The Clerk shall send a copy of this Order to the parties and to Judge Tsuchida.

//

//

//

ORDER OF DISMISSAL- 1

DATED this 8th day of December, 2015.

                                              Marsha J. Pechman
                                              United States District Judge

ORDER OF DISMISSAL- 2